AO 441  Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

John Burkhart

*Plaintiff*

V.

Equable Ascent Financial, LLC, and CIR Law Offices, LLP

*Defendant*

Civil Action No. 14CV0028-CAB-RBB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equable Ascent Financial, LLC
160 N. Franklin, Ste 301
Chicago, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen G. Recordon
225 Broadway, Suite 1900
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  1/6/14



John Morrill
*ACTING CLERK OF COURT*
S/                                    D. Sutton
*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 619-232-1717 | FOR COURT USE ONLY |
|---|---|---|
| Stephen G. Recordon (SBN 91401) <br> Recordon & Recordon <br> 225 Broadway, Suite 1900 <br> San Diego, CA 92101 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No. <br> Burkhart | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court <br> Southern District of California <br> 333 West Broadway, Suite 420 <br> San Diego, CA 92101 | | |
| PLAINTIFF: <br> John Burkhart | | |
| DEFENDANT <br> Equable Ascent Financial, LLC and CIR Law Offices, LLP | | |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 14CV0028-CAB-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND VIOLATIONS OF THE ROSENTHAL ACT**

ON: Equable Ascent Financial, LLC
AT: 160 N. Franklin, Suite 301
    Chicago, IL 60606

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 4/21/2014 1:20:00 PM
PERSON SERVED: Irwin Bernstein - Agent for Service of Process

FEE FOR SERVICE: $82.50

Not a Registered California Process Server
County:
Registration No. 115.002035
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, April 28, 2014**

Signature: _____
Todd M. Martinson

**PROOF OF SERVICE**                                              361736